# EXHIBIT B

Equity Receivership over Nationwide Automated Systems, Inc., et al.
Schedule of Investor Payments to and from NASI
Turell, Bradley & Laurel
Investor Acct. 6-0043

| Investor: | | Deposits (Investment) | Payments to Investor | Balance ((Profit)/Loss) |
|---|---|---|---|---|
| Turell, Bradley & Laurel | 6-0043 | $ 120,000.00 | $ (238,483.00) | $ (118,483.00) |

**Turell, Bradley & Laurel - Deposits:**

| Bank Name | Account # | Date | Payor/Payee | Memo/Notes | | Amount |
|---|---|---|---|---|---|---|
| CNB | 22414410 | 09/25/04 | Turell, Brad & Laurel | | $ | 120,000.00 |
| | | | | Total | $ | 120,000.00 |

**Turell, Bradley & Laurel - Payments from NASI:**

| Bank Name | Account # | Date | Payor/Payee | Memo/Notes | | Amount | | Annual (Excl. Buybacks) |
|---|---|---|---|---|---|---|---|---|
| CNB | 22414399 | 11/01/04 | Turell, Bradley | | $ | (2,000.00) | | |
| CNB | 22414399 | 12/01/04 | Turell, Bradley | | $ | (2,000.00) | $ | (4,000.00) |
| CNB | 22414399 | 01/01/05 | Turell, Bradley | | $ | (2,000.00) | | |
| CNB | 22414399 | 02/01/05 | Turell, Bradley | | $ | (2,000.00) | | |
| CNB | 22414399 | 03/01/05 | Turell, Bradley | | $ | (2,000.00) | | |
| CNB | 22414399 | 04/01/05 | Turell, Bradley | | $ | (2,000.00) | | |
| CNB | 22414399 | 05/01/05 | Turell, Bradley | | $ | (2,000.00) | | |
| CNB | 22414399 | 06/01/05 | Turell, Bradley | | $ | (2,000.00) | | |
| CNB | 22414399 | 07/01/05 | Turell, Bradley | | $ | (2,000.00) | | |
| CNB | 22414399 | 08/01/05 | Turell, Bradley | | $ | (2,000.00) | | |
| CNB | 22414399 | 09/01/05 | Turell, Bradley | | $ | (2,000.00) | | |
| CNB | 22414399 | 10/01/05 | Turell, Bradley | | $ | (2,000.00) | | |
| CNB | 22414399 | 11/01/05 | Turell, Bradley | | $ | (2,000.00) | | |
| CNB | 22414399 | 12/01/05 | Turell, Bradley | | $ | (1,788.00) | $ | (23,788.00) |
| CNB | 22414399 | 01/01/06 | Turell, Bradley | | $ | (1,969.50) | | |
| CNB | 22414399 | 02/01/06 | Turell, Bradley | | $ | (1,860.00) | | |
| CNB | 22414399 | 03/01/06 | Turell, Bradley | | $ | (1,921.00) | | |
| CNB | 22414399 | 04/01/06 | Turell, Bradley | | $ | (1,895.00) | | |
| CNB | 22414399 | 05/31/06 | Turell, Bradley | | $ | (1,953.50) | | |
| CNB | 22414399 | 06/01/06 | Turell, Bradley | | $ | (1,941.50) | | |
| CNB | 22414399 | 07/01/06 | Turell, Bradley | | $ | (1,954.00) | | |
| CNB | 22414399 | 08/01/06 | Turell, Bradley | | $ | (1,884.50) | | |
| CNB | 22414399 | 09/21/06 | Turell, Bradley | | $ | (1,932.50) | | |
| CNB | 22414399 | 10/01/06 | Turell, Bradley | | $ | (1,888.50) | | |
| CNB | 22414399 | 11/01/06 | Turell, Bradley | | $ | (1,884.50) | | |
| CNB | 22414399 | 12/01/06 | Turell, Bradley | | $ | (1,906.00) | | |
| CNB | 22414399 | 12/31/06 | Turell, Bradley | | $ | (1,894.00) | $ | (24,884.50) |
| CNB | 22414399 | 02/01/07 | Turell, Bradley | | $ | (1,909.00) | | |
| CNB | 22414399 | 03/01/07 | Turell, Bradley | | $ | (1,911.50) | | |
| CNB | 22414399 | 04/01/07 | Turell, Bradley | | $ | (1,870.50) | | |
| CNB | 22414399 | 05/01/07 | Turell, Bradley | | $ | (1,926.00) | | |
| CNB | 22414399 | 06/01/07 | Turell, Bradley | | $ | (1,932.50) | | |
| CNB | 22414399 | 07/01/07 | Turell, Bradley | | $ | (1,917.00) | | |
| CNB | 22414399 | 08/01/07 | Turell, Bradley | | $ | (1,943.00) | | |
| CNB | 22414399 | 09/07/07 | Turell, Bradley | | $ | (1,916.50) | | |

| Bank Name | Account # | Date | Payor/Payee | Memo/Notes | Amount | Annual (Excl. Buybacks) |
|---|---|---|---|---|---|---|
| CNB | 22414399 | 10/04/07 | Turell, Bradley | | $ (1,932.00) | |
| CNB | 22414399 | 11/13/07 | Turell, Bradley | | $ (1,995.00) | |
| CNB | 22414399 | 12/11/07 | Turell, Bradley | | $ (1,977.50) | $ (21,230.50) |
| CNB | 22414399 | 01/08/08 | Turell, Bradley | | $ (2,038.50) | |
| CNB | 22414399 | 02/05/08 | Turell, Bradley | | $ (1,968.50) | |
| CNB | 22414399 | 03/05/08 | Turell, Bradley | | $ (1,962.00) | |
| CNB | 22414399 | 04/04/08 | Turell, Bradley | | $ (1,969.50) | |
| CNB | 22414399 | 05/20/08 | Turell, Bradley | | $ (1,905.50) | |
| CNB | 22414399 | 06/06/08 | Turell, Bradley | | $ (1,865.50) | |
| CNB | 22414399 | 07/07/08 | Turell, Bradley | | $ (1,916.00) | |
| CNB | 22414399 | 08/07/08 | Turell, Bradley | | $ (1,857.50) | |
| CNB | 22414399 | 09/05/08 | Turell, Bradley | | $ (1,823.50) | |
| CNB | 22414399 | 10/06/08 | Turell, Bradley | | $ (1,830.50) | |
| CNB | 22414399 | 11/10/08 | Turell, Bradley | | $ (1,859.50) | |
| CNB | 22414399 | 12/03/08 | Turell, Bradley | | $ (1,813.50) | $ (22,810.00) |
| CNB | 22414399 | 01/05/09 | Turell, Bradley | | $ (1,778.00) | |
| CNB | 22414399 | 02/06/09 | Turell, Bradley | | $ (1,723.50) | |
| CNB | 22414399 | 03/09/09 | Turell, Bradley | | $ (1,696.00) | |
| CNB | 22414399 | 04/03/09 | Turell, Bradley | | $ (1,662.00) | |
| CNB | 22414399 | 05/01/09 | Turell, Bradley | | $ (1,687.00) | |
| CNB | 22414399 | 06/10/09 | Turell, Bradley | | $ (1,733.00) | |
| CNB | 22414399 | 07/06/09 | Turell, Bradley | | $ (1,775.50) | |
| CNB | 22414399 | 08/05/09 | Turell, Bradley | | $ (1,776.50) | |
| CNB | 22414399 | 09/03/09 | Turell, Bradley | | $ (1,815.50) | |
| CNB | 22414399 | 10/13/09 | Turell, Bradley | | $ (1,808.50) | |
| CNB | 22414399 | 11/06/09 | Turell, Bradley | | $ (1,802.00) | |
| CNB | 22414399 | 12/04/09 | Turell, Bradley | | $ (1,751.50) | $ (21,009.00) |
| CNB | 22414399 | 01/05/10 | Turell, Bradley | | $ (1,725.00) | |
| CNB | 22414399 | 02/04/10 | Turell, Bradley | | $ (1,777.50) | |
| CNB | 22414399 | 03/04/10 | Turell, Bradley | | $ (1,727.50) | |
| CNB | 22414399 | 04/02/10 | Turell, Bradley | | $ (1,809.00) | |
| CNB | 22414399 | 05/04/10 | Turell, Bradley | | $ (1,854.50) | |
| CNB | 22414399 | 06/07/10 | Turell, Bradley | | $ (1,892.50) | |
| CNB | 22414399 | 07/06/10 | Turell, Bradley | | $ (1,883.50) | |
| CNB | 22414399 | 08/02/10 | Turell, Bradley | | $ (1,925.00) | |
| CNB | 22414399 | 09/10/10 | Turell, Bradley | | $ (1,890.00) | |
| CNB | 22414399 | 10/08/10 | Turell, Bradley | | $ (1,930.00) | |
| CNB | 22414399 | 10/12/10 | Turell, Bradley | | $ (4,685.50) | |
| CNB | 22414399 | 11/15/10 | Turell, Bradley | | $ (1,913.50) | |
| CNB | 22414399 | 12/06/10 | Turell, Bradley | | $ (2,028.00) | $ (27,041.50) |
| CNB | 22414399 | 01/04/11 | Turell, Bradley | | $ (2,038.50) | |
| CNB | 22414399 | 02/07/11 | Turell, Bradley | | $ (2,074.50) | |
| CNB | 22414399 | 03/02/11 | Turell, Bradley | | $ (2,080.50) | |
| CNB | 22414399 | 04/05/11 | Turell, Bradley | | $ (2,044.50) | |
| CNB | 22414399 | 05/03/11 | Turell, Bradley | | $ (2,106.00) | |
| CNB | 22414399 | 06/03/11 | Turell, Bradley | | $ (2,032.00) | |
| CNB | 22414399 | 07/05/11 | Turell, Bradley | | $ (2,099.50) | |
| CNB | 22414399 | 08/03/11 | Turell, Bradley | | $ (2,119.00) | |
| CNB | 22414399 | 09/02/11 | Turell, Bradley | | $ (2,103.50) | |
| CNB | 22414399 | 10/03/11 | Turell, Bradley | | $ (2,137.50) | |
| CNB | 22414399 | 11/02/11 | Turell, Bradley | | $ (2,096.50) | |
| CNB | 22414399 | 12/05/11 | Turell, Bradley | | $ (2,129.50) | $ (25,061.50) |
| CNB | 22414399 | 01/03/12 | Turell, Bradley | | $ (2,087.50) | |
| CNB | 22414399 | 02/02/12 | Turell, Bradley | | $ (2,094.50) | |

| Bank Name | Account # | Date | Payor/Payee | Memo/Notes | Amount | Annual (Excl. Buybacks) |
|---|---|---|---|---|---|---|
| CNB | 22414399 | 03/05/12 | Turell, Bradley | | $ (2,141.50) | |
| CNB | 22414399 | 04/04/12 | Turell, Bradley | | $ (2,101.50) | |
| CNB | 22414399 | 05/03/12 | Turell, Bradley | | $ (2,159.00) | |
| CNB | 22414399 | 06/04/12 | Turell, Bradley | | $ (2,120.50) | |
| CNB | 22414399 | 07/06/12 | Turell, Bradley | | $ (2,182.50) | |
| CNB | 22414399 | 08/02/12 | Turell, Bradley | | $ (2,175.50) | |
| CNB | 22414399 | 09/04/12 | Turell, Bradley | | $ (2,224.50) | |
| CNB | 22414399 | 10/09/12 | Turell, Bradley | | $ (2,187.00) | |
| CNB | 22414399 | 11/05/12 | Turell, Bradley | | $ (2,142.00) | |
| CNB | 22414399 | 12/17/12 | Turell, Bradley | | $ (2,144.00) | $ (25,760.00) |
| CNB | 22414399 | 01/04/13 | Turell, Bradley | | $ (2,133.00) | |
| CNB | 22414399 | 02/01/13 | Turell, Bradley | | $ (2,170.50) | |
| CNB | 22414399 | 03/04/13 | Turell, Bradley | | $ (2,139.00) | |
| CNB | 22414399 | 04/02/13 | Turell, Bradley | | $ (2,107.00) | |
| CNB | 22414399 | 05/02/13 | Turell, Bradley | | $ (2,148.50) | |
| CNB | 22414399 | 06/04/13 | Turell, Bradley | | $ (2,105.50) | |
| CNB | 22414399 | 07/05/13 | Turell, Bradley | | $ (2,161.50) | |
| CNB | 22414399 | 08/01/13 | Turell, Bradley | | $ (2,164.00) | |
| CNB | 22414399 | 09/05/13 | Turell, Bradley | | $ (2,184.50) | |
| CNB | 22414399 | 10/03/13 | Turell, Bradley | | $ (2,138.00) | |
| CNB | 22414399 | 11/04/13 | Turell, Bradley | | $ (2,146.00) | |
| CNB | 22414399 | 12/02/13 | Turell, Bradley | | $ (2,193.50) | $ (25,791.00) |
| CNB | 22414399 | 01/06/14 | Turell, Bradley | | $ (2,138.00) | |
| CNB | 22414399 | 02/06/14 | Turell, Bradley | | $ (2,184.50) | |
| CNB | 22414399 | 03/04/14 | Turell, Bradley | | $ (2,132.00) | |
| CNB | 22414399 | 04/03/14 | Turell, Bradley | | $ (2,055.50) | |
| CNB | 22414399 | 05/05/14 | Turell, Bradley | | $ (2,116.50) | |
| CNB | 22414399 | 06/03/14 | Turell, Bradley | | $ (2,151.00) | |
| CNB | 22414399 | 07/08/14 | Turell, Bradley | | $ (2,175.00) | |
| CNB | 22414399 | 08/05/14 | Turell, Bradley | | $ (2,154.50) | $ (17,107.00) |
| | | | | Total | $ (238,483.00) | $ (238,483.00) |