UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-06700 SJO (FFMx) | Date | November 24, 2015 |
|---|---|---|---|
| Title | William J Hoffman v. Bradley E. Turell et al | | |

| Present: The Honorable | JAMES OTERO, Judge presiding | |
|---|---|---|
| Victor Cruz | Carol Zurborg | |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Tim C. Hsu | Not Present | |

**Proceedings:** SCHEDULING CONFERENCE

Matter called. Defendants are not present.

The Court and counsel confer regarding the alleged net profit.

Plaintiff's counsel advises the Court that the parties are finalizing the settlement documents and expect dismissals to be finalized within two or three weeks.

The Court sets an Order to Show Cause re Dismissal on Monday, December 14, 2015 @ 8:30 a.m. If the proper dismissal has been filed prior to this date the matter will be taken off the Court's calendar.

|  | : | 0/03 |
|---|---|---|
| Initials of Preparer | | vpc |