DAVID R. ZARO (BAR NO. 124334)
TED FATES (BAR NO. 227809)
TIM C. HSU (BAR NO. 279208)
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
tfates@allenmatkins.com
thsu@allenmatkins.com

Attorneys for Plaintiff
WILLIAM J. HOFFMAN, Receiver

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

WILLIAM J. HOFFMAN, Court-appointed permanent receiver for Defendant Nationwide Automated Systems, Inc., Relief Defendants Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates,

Plaintiff,

v.

BRADLEY E. TURELL, individually and as Trustee of the BRAD AND LAUREL TURELL FAMILY TRUST; and LAUREL TURELL,

Defendants.

Case No. CV15-06700 SJO(FFMx)

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Judge: Hon. S. James Otero

# JOINT STIPULATION FOR DISMISSAL

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(2) and the terms of a Settlement Agreement entered into by Plaintiff William J. Hoffman ("Receiver"), the Court-appointed permanent receiver for Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates, and Defendants Bradley E. Turell and Laurel Turell (together, "Defendants"), the Receiver and Defendants jointly stipulate to a dismissal of this action in its entirety, with prejudice. Pursuant to the terms of the Settlement Agreement, the parties further stipulate and agree that each party is to bear its own attorneys' fees and costs.

Dated: December 11, 2015

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
DAVID R. ZARO
TED FATES
TIM C. HSU

By: /s/ Tim C. Hsu
TIM C. HSU
Attorneys for Receiver
WILLIAM J. HOFFMAN

Dated: December 11, 2015

By: /s/ Brad Turell
BRAD TURELL

Dated: December 11, 2015

By: /s/ Laura Turell
LAURA TURELL

Pursuant to Local Rule 5-4.3.4 for signatures on electronically filed documents, all signatories concur with this filing's content and have authorized this filing.