UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 15-06700 SJO (FFMx)** | Date | December 11, 2015 |
|---|---|---|---|
| Title | William J. Hoffman v. Bradley E. Turell, et al. | | |

| Present: The Honorable | S. JAMES OTERO | | |
|---|---|---|---|
| V.R. Vallery | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL

In light of the parties Joint Stipulation for Dismissal with Prejudice [19] filed on December 11, 2015, the Order to Show Cause re Dismissal currently scheduled for hearing on December 14, 2015 is hereby VACATED.

: 

Initials of Preparer    VRV